CHARLES STEBBINS, Appellant, *v.* ALBERT P. BENNETT, Impleaded, etc., Respondent.

(Submitted October 16, 1884 ; decided October 31, 1884.)

*Sherman & Hull* for appellant.

*J. G. Record* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JOHN R. VAN BUSKIRK, Respondent, *v.* ANDREW COYNE et al., Appellants.

(Argued October 17, 1884 ; decided October 31, 1884.)

*Alexander Thain* for appellants.

*John Henry Hull* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.